# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SHAINNE SHARP, | ) | |
| Plaintiff, | ) | Judge Joan B. Gottschall |
| | ) | |
| v. | ) | Case No. 12 C 8349 |
| | ) | |
| TASSO KACHIROUBAS, et al., | ) | |
| Defendants. | ) | |

## ORDER

Memorandum Opinion and Order entered. Defendants' motion to bifurcate [59] is granted. For details, see accompanying order.

DATED: November 15, 2013

/s/
JOAN B. GOTTSCHALL
United States District Judge

/em